UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL JOHNSON,

        Plaintiff(s),         CASE NUMBER: 08-12042
                                     HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 4, 2009, Magistrate Judge Virginia A. Morgan submitted a Report and Recommendation (Doc. #12) recommending that the Court GRANT Defendant's Motion for Summary Judgment (Doc. #11) and DENY Plaintiff's Motion for Summary Judgment (Doc. #9). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.

        **IT IS ORDERED**.


                                      s/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: March 26, 2009

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 26, 2009.
>
> s/Linda Vertriest
> Deputy Clerk